# Exhibit 4

# Frank Russo

# Declaration

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| VITO A. PESCE, on behalf of himself and all others similarly situated | ) ) | |
| Plaintiff | ) ) | 11-cv-1379 |
| v. | ) ) | Judge Robert W. Gettleman |
| FIRST CREDIT SERVICES, INC. dba ACCOUNTS RECEIVABLE TECHNOLOGIES | ) ) ) ) | Magistrate Judge Morton Denlow |
| Defendant. | ) | |

**<u>Declaration of Frank Russo</u>**

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that the following is correct and true to the best of my personal knowledge, information and belief:

1.     I am an owner and the President of First Credit Services, Inc., dba Accounts Receivables Technologies ("FCS").

2.     FCS engages in the business of debt collection and collects debts in the State of Illinois, among other states. FCS primarily engages in the collection of debts on behalf of gyms and automobile loans.

3.     In the State of Illinois, FCS collects debts on behalf of the following representative clients: Gold's Gym; World Gym Health Clubs; GMAC; Toyota; Honda; Hyundai; BMW; Volkswagen; and US Bank.

4.     I am familiar with the underlying contracts between creditors and debtors. In most instances, the contracts ask the debtors to disclose their cell phone number (See Exhibit A). Additionally, certain automobile loans contain cell phone fields (See Exhibit B). Accordingly, a majority of the time the number is directly provided to the creditor by the debtor.

5.     Additionally, I am aware that contracts for the following clients request cell phone contact numbers from applicants: Gold's Gym; World Gym Health Clubs; GMAC; Toyota; Honda; Hyundai; BMW; Volkswagen; and US Bank.

6.     When FCS seeks to collect a debt for a creditor, it may call the debtor at the number provided by the creditor and it may call the debtor at other number it has obtained (from the debtor or from a third party skip tracer).

7.     During the relevant time period of the proposed class, January 1, 2010 and February 28, 2011, FCS called 6,381 cell phone numbers in Illinois. Of those numbers, 6,127 were provided to FCS by the underlying creditors. As detailed, below, a majority of the cellular numbers that FCS called were provided to FCS by the underlying creditor.

8.     All of the numbers that FCS calls will be recorded in FCS's collection database. FCS's collection database does not always show the source from which it obtained every number it calls or whether every such number is assigned to a cell phone or landline.

9.     From time to time, FCS may call numbers which were at one time associated with the debtor but have since been retained by related or unrelated third parties. For example, I am aware that debtors have provided their cell phone numbers to our clients, but at a later point in time the debtor gives his or her cell phone to a relative to use. At other times, FCS has learned that the particular phone number was no longer being used by the debtor and that the number was transferred to an unrelated third party. Under either scenario, the person on the receiving end of a phone call from FCA may report that FCS called the "wrong number" call.

10.     To identify potential class members to this action, FCS utilized cell phone "scrubbing" software in an attempt to identify non-manual calls to cellular phones with Illinois area code numbers during the relevant time period, January 1, 2010 to February 28, 2011. This

process allowed FCS to *potentially* identify the number that are currently identified as cell phones by scrubbing software at the time the scrub was performed.

11. Because the scrubbing software works off of a database of numbers that are currently identified as cellular phone numbers, FCS cannot go back in time to determine if a number that is currently identified cellular phone was identified as a cellular phone *at the time the calls were placed* to the particular phone number. Notably, FCS made multiple calls over the over one year time period of the class.

12. Based upon my experience, it is possible that a call may have been placed to a land/residential line, and that future calls to the same number may have contacted a cellular number which was the product of "porting" the residential number to a cellular phone account. FCS is not aware of any scrubbing software which can go back to the time that the calls were placed to identify whether the call was placed to a ported cellular phone.

13. For certain accounts, FCS called multiple numbers provided by and/or associated with a debtor, any number of which may have been subsequently "ported" (at any point in time) to a cellular phone *after* the number was provided to the creditor and/or FCS.

14. The scrub function cannot identify the owner or subscriber of a particular cellular phone at any point in time.

15. For these reasons, FCS is unable to determine if a currently identified cellular phone was a cellular phone or a residential phone at the time FCS called the number.

16. I am aware that FCS has called numbers that were identified by creditors as numbers belonging to a debtor and that FCS has been told that the call had reached a "wrong number." Under these circumstances, FCS does not ask for the name or address of the alleged "wrong party." Accordingly, if FCS called a wrong party's cellular phone, FCS does not have the ability to identify the recipient of the call.

130159503v1 0922494 07791

17.     I am aware that debtors have contacted both FCS and the underlying creditor to dispute debts and in many circumstances, the debtors have identified cellular phones as contact numbers.  (See Exhibit C).  In these circumstances, unless the debtor has asked FCS to cease efforts, FCS will call numbers that are provided by debtors.

18.     I am aware the debtors have spoken with collectors from FCS during calls placed by collectors or calls returned by debtors and in these circumstances debtors have provided cellular numbers as primary contact numbers.

19.     The circumstances outlined in paragraphs 8-18 prevent FCS from being able to readily determine whether a call was placed to a cellular telephone without the consent of the debtor.

20.     In a majority of cases, FCS does not have the underlying contract in its possession when it contacts a debtor. Rather, FCS must ask the creditor to transmit the file.   The collection of such contracts is a time-consuming process.  I estimate that a manual review of each file can take between 4 and 45 minutes depending on the amount of information in the file (auto loans taking up to 45 minutes due to the amount of paper work).  If a debtor has disputed a debt, it may take longer to review the creditor file.

21.     For cases where FCS may have obtained the cell phone number during the course of collection work (voluntarily from a debtor or via after acquired consent), I estimate that it would take between 5 to 30 minutes to review collection notes for each file to determine in which manner FCS obtained a particular cellular number.   The length is based on the number of contacts between the debtor and FCS which are reflected in the account notes.  If a debtor has disputed a debt, it may take longer to review FCS's records based upon the increase in contacts that need to be reviewed.

4

22.     I am aware that this case involves the collection of a debt allegedly owed by Plaintiff Vito Pesce to Nuvell/GMAC in relation to an auto lease Mr. Pesce contracted with Saab.

23.     When Nuvell/GMAC transmitted this account for collection to FCS, it provided two numbers as Plaintiff's contact number: 847-XXX-9705 and 312-XXX-1331. *See* Exhibit D placement records and Exhibit E (GMAC code sheet identifying 166-181 as the code from a home number).

24.     I have examined FCS's collection records (attached as Exhibit F). These records demonstrate that FCS attempted to call Mr. Pesce's alleged cell phone (847-XXX-9705) three times. The first attempt was on 3/1/2010 (via dialing software), the second attempt was on 3/16/2010 (via Livevox dialing software), and the third attempt was on 3/23/2010 (manual dial).

25.     FCS's collection records demonstrate and FCS did not skip trace or call capture Mr. Pesce's alleged cellular telephone.

26.     I have examined Nuvell/GMAC's records (attached as Exhibit G). I am familiar with Nuvell/GMAC's records through prior collections of Nuvell/GMAC accounts.

27.     The records do not evidence any efforts by Nuvell/GMAC to call skip trace or call capture Mr. Pesce's alleged cellular telephone. Rather, the records show an entry on July 21, 2006, there is an entry which states that the debtor or someone on his behalf contacted Nuvell/GMAC to inquire about whether an electronic payment was received. Nuvell/GMAC's collection notes reflect that the debtor or someone on his behalf asked Nuvell/GMAC to contact the debtor to confirm the receipt of payment. The number identified by the party that called into Nuvell/GMAC is identified as 847-XXX-9706.

130159503v1 0922494 07791

/s/ *Frank Russo*

Frank Russo

Dated:  September 8, 2011

6

130159503v1  0922494  07791

# Exhibit A

# World Gym Health Clubs

*2778639*

1000 Maple Ave. Downers Grove IL 60515 630-964-7539

## MEMBERSHIP APPLICATION AND AGREEMENT

BUYER'S NAME (print): John ~~[redacted]~~    Birth Date: 2/6/73    Home Phone: 815-~~[redacted]~~-7478    Cell/Work Phone: 708-~~[redacted]~~-6072

BUYER'S HOME ADDRESS: ~~[redacted]~~    BUYER'S e-mail: ~~[redacted]~~ 1@yahoo.com

CITY: Plainfield    STATE: IL    ZIP CODE: 60544/

**Club Joining**

- ☐ Norridge (5103)
- ☐ Wexmont (9090)
- ☐ Elgin (9044)
- ☐ Montgomery (4558)
- ☑ Plainfield (9046)

MEMBER'S NAME (if different from BUYER'S):    Birth Date:

Additional Members Name (if Different):    Birth Date:

Additional Members Name (if Different):    Birth Date:

IN CASE OF EMERGENCY, PLEASE CONTACT:    Name: Mimi ~~[redacted]~~    Day Phone: 708-~~[redacted]~~-6072    Evening Phone: 815-~~[redacted]~~-7478

---

I (We) wish to purchase a: P Promo Membership.

Enrollment Fee: 25

Administrative Fee: 10.00

1st Month Payment: N/A

TOTAL DUE: 35

Monthly Payments: 11

Agreement begins on: 12/1/09
Agreement expires on: 12/1/10

### RENEWAL TERMS

☑ An annual membership rate guarantee fee of $29.99 will be billed each year of your monthly membership, on or around the first of 12/10, to the account on file. In order to cancel the billing of this annual fee, the club requires written notice and cancelation of your membership on or before the 1st of the previous month.

☐ Roll over to open-end / month-to-month at $ _____ per month, starting _____
(Monthly Members only)

Member initials

---

### MONTHLY PAYMENT AUTHORIZATION

I, John ~~[redacted]~~, Buyer Name (Print), authorize my bank to make my payment by the method indicated below and post it to my account.

☐ Visa ☑ Mastercard ☐ Amex ☐ Discover    Acount No: ~~[redacted]~~    Exp. Date: ~~[redacted]~~

☐ Checking Account    Routing No: _____    Account No: _____
(must attach voided check)

### WAIVER AND RELEASE OF LIABILITY

1440 Fitness, Inc d/b/a World Gym Etal (the "Club") urges you and all members to obtain a physical examination from a doctor before using any exercise equipment or participating in any exercise class. All exercises, including the use of weights and use of any and all machinery, equipment and apparatus designed for exercising shall be at the member's sole risk. Member understands that the agreement to use, or selection of exercise programs, methods and types of equipment shall be member's entire responsibility, and the Club shall not be liable to member for any claims, demands, injuries, damages, or actions arising due to injury to member's person or property arising out of or in connection with the use of member of the services, facilities, and premises of the Club. Member hereby holds the Club, its officers, owners, agents and employees harmless from all claims which may be brought against them by member or on member's behalf for any such injuries or claims including, but not limited to, environmental, theft and contagion risks.

I hereby apply for membership at 1440 Fitness, Inc d/b/a World Gym Etal. Upon acceptance of this application by the Club, I hereby agree to and accept the terms and conditions of the membership agreement printed on the front and reverse side of this application. I understand that this application is subject to the review and approval of the Club management. I understand that my membership may be suspended or terminated by the Club if I am in violation of the club rules, regulations and policies, conduct myself in a manner which management deems inappropriate or disruptive or make false representations of information contained in this application. I will not be entitled to any refund of initiation fees or dues paid up to the date of termination. Upon termination, I am responsible for any outstanding balance due.

BUYER'S Signature: _____    Member's Signature: _____    Date: 10/31/09

Club Representative: sign _____    print: Andy Myers

---

T12721

This Membership Agreement ("Agreement") for the type of membership indicated on the reverse is between 1440 Fitness, Inc. d/b/a World Gym Etal (the "Club") and the undersigned ("Applicant"). By signing this Agreement, I agree that I will be bound by the provisions on the face of this agreement, the additional provisions on the reverse, the Rules of the Club, as now in effect and as from time to time amended by the Club, and such rules as may from time to time be posted at the Club, all of which are incorporated by reference to this Agreement.

**1. Membership.** Your membership is a contractual privilege to use the facilities from time to time offered by the Club to members of your class of membership during the Club's hours of operation. The Club reserves the absolute right to initiate, change or eliminate facilities, services and programs and to change its hours of operation. Your membership does not entitle you to any interest in the Club or its property, and confers no right to participate in the management or operation of the club.

**2. Initial Investment.** Except as otherwise provided in this application, your initial investment is non-refundable. Your initial investment is not a prepaid sum for services; it merely entitles you to buy services by paying dues and other applicable charges.

**3. DUES.** Your dues must be paid through the Club's electronic funds transfer (EFT) program. Dues for the month in which you join will be prorated and are due in advance at the time of application along with all other amounts then due. You agree to sign and deliver such further documents as may be necessary to set up the payment of your dues and other charges through EFT or buy such other means as the Club may establish. The Club reserves the right to utilize EFT and credit cards listed on your membership application for collection of past due balances. A $29.00 fee will be charged for any returned dues. A $9.00 late will apply after 7 business days of any dues. A $25.00 manual charge will apply for any account that is not on the clubs EFT program. The Club reserves the absolute right to increase your dues. If any payment of dues or other charges is not made on time, the Club may, but is not obligated to, terminate your membership by giving you written notice of such termination and you shall immediately surrender your copy of this agreement and your membership card to the Club. If the Club has to take action to collect any amounts due from you, you agree to pay all costs of such action, including, but not limited to, attorney's fees, returned check charges and administrative costs. Until the Club has been duly notified of the termination of your membership and until your copy of the Agreement and your membership cards are surrendered, dues will continue to be charged to your account. The obligation to pay dues is not dependent upon the availability of all of the Club's facilities. Events, parties, repairs and/or maintenance of the facilities may make it necessary for the Club to restrict use of one or more of the facilities or to temporarily close the Club which will not reduce or suspend the member's obligation for payment of dues.

**4. Suspension/Termination.** After 12 months of membership, you can resign your membership by giving thirty (30) days advance written notification to the Club via the Club Resignation Form and surrendering your membership card(s) and paying all unpaid dues and other charges owed to the Club. Such resignation shall not be deemed effective until after the expiration of the thirty (30) day notice period and receipt of your membership card(s) and after all required payments have been made to the Club. Subsequent to your resignation, you shall not be subject to any further dues or other charges. The Club can suspend or terminate your membership at any time for any breach of this application or for any violation of the Rules of the Club by giving you written notice of such termination. The Club can also terminate your membership at any time for any reason by giving you written notice of such termination. If the Club terminates your membership, you must immediately surrender your membership card(s) and your copy of this application, and you will remain liable for any unpaid dues and other charges against your account. The membership of any member who is thirty (30) days in arrears in his/her account to the Club may, at the option of the Club, be terminated by the club

without notice.

**5. Transferability.** WORLD GYM MEMBERSHIPS ARE NOT TRANSFERABLE TO OTHER WORLD GYMS. You may, however, work out at other World Gyms while traveling, such visits need to be limited to 14 days per year per gym. You must present your current membership card or a World Gym Travel Pass.

**6. Disclaimer of Liability.** You represent that (a) you understand that use of the Club's facilities, services, programs and premises includes an inherent risk of injury to persons and property; (b) that you are in good physical condition and have no disability, illness or other condition that could prevent you from exercising without injury to yourself or impairing your health and (c) that you have consulted a physician concerning an exercise program that will not risk injury to yourself or impairment of your health. Such risk of injury includes, but is not limited to, injuries arising from use by you or others of exercise equipment and machines, injuries arising from participation by you or others in supervised or unsupervised activities or programs throughout the Club, injuries and medical disorders arising from exercising at the Club such as heart attacks, strokes, heat stress, sprains, broken bones and torn muscles and ligaments, among others and accidental injuries occurring anywhere in the Club including, without limitation, locker rooms, showers, dressing rooms, volleyball/basketball courts, pro shop or juice bar. If you have any special exercising requirements limitations, you agree to disclose them to the Club when seeking help in establishing an exercise program. You hereby agree that all the exercises and use of the Club's facilities, services, programs, and premises and undertaken by you at your sole risk. You hereby release and hold the Club and its owners, employees and agents harmless from and hereby assume all responsibility for all claims, demands, injuries, damages, actions or causes of action whatsoever, to person or property, arising out of or connected with your use of the Club's facilities, premises, services or programs.

**7. Cancellation and Refund Policy.** This agreement may be cancelled by the customer within three (3) business days after the first business day after the contract is signed by the customer. All monies paid pursuant to said contract shall be refunded to the customer. Business day means any day on which the facility is open for business. The customer purchasing a membership prior to the Club being open for business at the time the contract is signed shall have seven (7) calendar days in which to cancel and receive a full refund of all monies paid.

If a customer relocates to a residence farther than twenty (20) miles from any of the Club's facilities, the customer may cancel the contract by notifying us in writing that you have moved. You must provide copies of your utility bills or other evidence of your new home address. We will then cancel your membership upon payment of a 2-month membership fee or a $100.00 cancellation fee, whichever is greater.

If the customer, because of death or disability, is unable to use or receive all services contracted for, the customer or his estate, as the case may be, shall be liable for only that portion of the charges allocable to the time prior to death or onset of disability. The Club shall in such event have the right to require and verify reasonable evidence of such death or disability.

Any cancellation pursuant hereto shall be made in writing and delivered by certified or registered mail to the World Gym Corporate office listed on the bottom of this page at the address specified in the contract. All refunds to which a customer or his/her estate is entitled shall be made within thirty (30) days of receipt by the Club of the notice of cancellation.

You may terminate your contract at anytime without cause. The fee to cancel is $200.00 plus a $25.00 administrative fee.

In the event the facility and services contracted for are not available within twelve (12) months of the date the contract is entered into, the contract may be cancelled at the option of the customer, and all payments shall be refunded within thirty (30) days of receipt of the cancellation notice.

04/12/2010  16:52    5019781848                    ABC FINANCIAL SERV                    PAGE  07/10

## Gold's Gym - Conroe

**Club # 7124**

2109 West Davis
Conroe, TX 77304
(936) 756-6000

This Contract covers the purchase of a membership in GOLD'S GYM-Conroe (hereinafter "Home Gym"), 2109 West Davis, Conroe, TX 77304.

Registration # 20040002

Membership Agreement
Agreement #: **7124-07509**
DATE: **08/06/2009**
Agreement Type: **New**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of sex or marital status. The agency that administers compliance with this law is the Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

| | | | |
|---|---|---|---|
| **Felipe** | | | |
| First Name | Last | Middle Initial | Social Security # |
| | | Willis | TX  77378 |
| Street Address | Apt. # | City | State  Zip |
| | | 9/12/1984 | Male |
| Primary Phone Number | Work Phone | Birthdate | Gender |
| daniel gonzales | | 2817039798 | |
| In Case of Emergency, Call (Name) | | | Emergency Phone |
| | willis isd | floor tech | |
| Driver License # | Employer | | Occupation |
| Walk-In/Drive by | 936___7873 | | _____@yahoo.com |
| Marketing Source | Cell Phone | | E-Mail Address |

## Membership Privileges, Notices, Disclosures & Agreements

**MEMBERSHIP TYPE:** PG2

**AUTOMATIC RENEWAL PROGRAM:**
Provided that Member is not in default of this agreement and subject to the terms and conditions hereof, the membership will automatically renew at current rates. Renewal terms may be cancelled at any time provided a 30-day written notice is delivered to the club's address.

**Member's Initials**

**DEFAULT AND LATE PAYMENTS:** Should you default on any payment obligation as called for in this agreement, the club will have the right to declare the entire remaining balance due and payable and you agree to pay allowable interest, and all costs of collection, including but not limited to collection agency fees, court costs, and attorney fees. A default occurs when any payment due under this agreement is more than ten days late. Should any monthly payment become more than ten days past due, you will be charged a late fee. An additional service fee will be assessed for any check, draft, credit card, or order returned for insufficient funds or any other reason. If the Member is paying monthly dues by electronic funds transfer (EFT), the club's billing company, ABC Financial Services, Inc. reserves the right to draft via EFT all amounts owed by the member including any and all late fees and service fees. Subject to appropriate State and Federal Law. NOTE: Members paying monthly dues by EFT, payment is stopped or changed. This will not affect any other provisions of this agreement.

Notwithstanding any other provisions of this Agreement, you understand and agree that the amount of your monthly membership dues is based on current sales tax rates and to the extent such rates should increase during your membership, the club has the right to increase your monthly membership dues by the amount of such increase. If you have exercised the privilege of paying your monthly dues by pre-authorized electronic funds transfer, the monthly amount so transferred will be adjusted to reflect any increase in the proper tax rate.

**NOTICE:** ANY HOLDER OF THIS CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

[1] NOTICE TO PURCHASER: DO NOT SIGN THIS CONTRACT UNTIL YOU READ IT OR IF IT CONTAINS BLANK SPACES.
[2] IF YOU DECIDE YOU DO NOT WISH TO REMAIN A MEMBER OF THIS HEALTH SPA, YOU MAY CANCEL THIS CONTRACT BY MAILING A NOTICE STATING YOUR DESIRE TO CANCEL THIS CONTRACT BY MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE YOU SIGN THIS CONTRACT. THE WRITTEN NOTICE MUST BE MAILED BY CERTIFIED MAIL TO GOLD'S GYM, 2109 WEST DAVIS, CONROE, TX 77304.
[3] IF THE HEALTH SPA GOES OUT OF BUSINESS AND DOES NOT PROVIDE FACILITIES WITHIN 10 MILES OF THE FACILITY IN WHICH YOU ARE ENROLLED, OR IF THE HEALTH SPA MOVES MORE THAN 10 MILES FROM THE FACILITY IN WHICH YOU ARE ENROLLED, YOU MAY CANCEL THIS CONTRACT BY MAILING A NOTICE STATING YOUR DESIRE TO CANCEL THIS CONTRACT, ACCOMPANIED BY PROOF OF PAYMENT ON THE CONTRACT. THE WRITTEN NOTICE MUST BE MAILED BY CERTIFIED MAIL TO GOLD'S GYM, 2109 WEST DAVIS, CONROE, TX 77304.
YOU MAY ALSO BE ENTITLED TO FILE A CLAIM FOR A REFUND OF YOUR UNUSED MEMBERSHIP FEES AGAINST THE BOND OR OTHER SECURITY POSTED BY THE HEALTH SPA WITH THE TEXAS SECRETARY OF STATE. TO MAKE A CLAIM AGAINST THE SECURITY, SEND A COPY OF YOUR CONTRACT, TOGETHER WITH PROOF OF PAYMENTS MADE ON THE CONTRACT, TO THE TEXAS SECRETARY OF STATE. THE CLAIM MUST BE MAILED BY CERTIFIED MAIL TO THE FOLLOWING ADDRESS: OFFICE OF THE SECRETARY OF STATE DOCUMENT SECTION, P.O. BOX 12887, AUSTIN, TEXAS 78711-2887.
[4] IF YOU DIE OR BECOME TOTALLY AND PERMANENTLY DISABLED AFTER THE DATE THIS CONTRACT TAKES EFFECT, YOU OR YOUR ESTATE MAY CANCEL THIS CONTRACT AND RECEIVE A PARTIAL REFUND OF YOUR UNUSED MEMBERSHIP FEE BY MAILING A NOTICE STATING YOUR DESIRE TO CANCEL THIS CONTRACT. THE HEALTH SPA MAY REQUIRE PROOF OF DISABILITY OR DEATH. THE WRITTEN NOTICE MUST BE MAILED BY CERTIFIED MAIL TO GOLD'S GYM, 2109 WEST DAVIS, CONROE, TX 77304.

| 1. | Your Membership begins: | 08/06/2009 |
|---|---|---|
| 2. | Your Membership obligation: | 08/06/2011 |
| 3. | Initial Monthly Dues | $ 21.59 |
| 4. | Enrollment Fee | $ 149.00 |
| 5. | Processing Fee | $ 49.00 |
| 6. | Prorated Monthly Dues | $ 0.00 |
| 7. | Prepaid Amount | $ 19.95 |
| 8. | Total Due Today | $ 235.93 |

**1st Payment Schedule    Dues**

| Number of Payments | Monthly Payment Amount | Payment Due Date |
|---|---|---|
| 23 | 21.60 | 09/06/2009 |

**2nd Payment Schedule**

| Number of Payments | Monthly Payment Amount | Payment Due Date |
|---|---|---|
| | | |

**CLUB ENHANCEMENT FEE:** Amount $25.00 To be charged to each member. The purpose of the annual Club Enhancement Fee is to maintain the equipment and services provided for the facilities. This fee will be collected on July 10th of every year.

**Member's Initials** F. S.

Legal Guardian: Any Member who is under the age of 18 must have a parent or legal guardian ("Legal Guardian") co-sign this Agreement. Legal Guardian shall be jointly and severally liable for any and all obligations of such Member hereunder and shall be bound by all terms and conditions of this Agreement. By signing this Agreement, Member acknowledges that (A) This Agreement is a contract that will be renewed legally binding upon its acceptance by Gold's Gym, (B) Member has examined the gym facilities and accepts them in the present condition, (C) Gold's Gym makes no representations or warranties to Member, either expressed or implied, except to the extent expressly set forth in this Agreement and (D) The effective date of membership hereunder shall be within six months after the date of Member's signature below. This Agreement constitutes the entire agreement between the parties hereto with respect to the subject matter hereof and supersedes any and all prior agreements, whether oral, with respect to such subject matter.

X _____    08/06/2009
MEMBER SIGNATURE                    DATE

_____    08/06/2009
                                                    DATE
X _____
LEGAL GUARDIAN SIGNATURE    DATE

_____    08/06/2009
EMPLOYEE NAME                    EMPLOYEE ID NO.    DATE

_____
LEGAL GUARDIAN'S NAME                    TELEPHONE NUMBER

**REQUIRED FOR ALL EFT AND CREDIT CARD DRAFT ACCOUNTS**

**felipe soria**
PRINT NAME AS IT APPEARS ON ACCOUNT

Checking
ACCOUNT TYPE

BANK OF AMERICA
BANK NAME

_____
ROUTING NUMBER (9 DIGITS)

_____
ACCOUNT NUMBER

_____
ACCOUNT HOLDER SIGNATURE (REQUIRED ONLY IF DIFFERENT FROM MEMBER)

P62683

# Exhibit B

# Exhibit C

# FACT SHEET

```
CRS #:      W49847                    Client #:    GMACAL-1
Name:       _____, ROBERT            ALLY FORMERLY KNOWN AS GMA
Address:    _____ RD       Acct #:      _____
City/State: CRYSTAL LAKE, IL 60012    Regarding:
Home Phone: (815) ___-4626            Amt Refered:      611.80
Work Phone: (815) ___-7987            Current Bal:      611.80
Soc Sec No: _____               Comm Rate:     18.00000%
Employer:                             Costs:              0.00
                                      Ck Chg/Fee:         0.00
                                        Other    0.00
Status:     17  CALLS BEING MADE      Interest Rate:  0.00000%
Coll Unit:  ART  NEW ACCOUNTS FOR ART Interest Amt:       0.00
Date Last:  03/03/11                  Date Received:  07/25/11
Activity Code:  NU NOT USED
PREV DB #
```

===========================================================================


===========================================================================

```
----------PAYMENTS---------------------------TRANSACTIONS-------------
--Date--    Amount    Code   Rate   --DATE--    TIME  AC/RC   ----COMMENT---- ID

07/25/11     0.00      97            07/25/11  15:11  CC/CC  WP-8153224007    LH3
                                     07/25/11  15:16  CC/CC  VIEWED ACCOUNT   LH3
                                     07/25/11  15:17  CC/CC  VIEWED ACCOUNT   LH3
                                     07/25/11  16:37  BT/CC                   SYS
                                     07/25/11  16:37  CC/CC                   SYS
                                     07/26/11  08:53  CC/CC                   SYS
                                     07/26/11  08:53  CC/CC                   SYS
                                     07/26/11  08:53  CC/CC                   SYS
                                     07/26/11  08:57  SN/1                    SYS
                                     07/26/11  13:35  CC/CC  VIEWED ACCOUNT   SN0
                                     07/26/11  13:46  TR/AM  LM F             SN0
                                     07/26/11  13:46  TR/AM  LM               SN0
                                     07/26/11  13:55  CC/CC  VIEWED ACCOUNT   SD2
                                     07/26/11  13:58  CS/11                   SD2
                                     07/26/11  14:16  CC/CC  VIEWED ACCOUNT   JF0
                                     07/26/11  14:43  CC/CC  VIEWED ACCOUNT   LH3
                                     07/26/11  15:14  CC/CC  VIEWED ACCOUNT   LH3
                                     07/26/11  16:28  CC/CC  VIEWED ACCOUNT   DM0
                                     07/26/11  16:03  TO/AM                   GLO
                                                            8154774626
                                     07/26/11  14:38  TO/AM                   GLO
                                                            8154774626
```

Date Printed:  Jul 27, 2011

.V80287    DIWAN, RAHIB                                                    Page 6

```
----------PAYMENTS---------------    -------------TRANSACTIONS--------------
--Date--     Amount    Code  Rate    --DATE--  TIME AC/RC ----COMMENT----- ID
```

                                     07/27/11 14:56 IC/HT                   FD1
                                     07/27/11 14:56 MR/MR                   FD1
                                     DIDNT HAVE ALT NUMBER STATED 949
                                     ████ 3687 IS WORK NUMBER THAT GET
                                     FWDED TO CELL AND THAT IT WAS OK TO
                                     CALL HIM ON THIS NUMBER
                                     07/27/11 14:57 CC/CC HOME PHONE        FD1
                                     07/27/11 14:57 CC/CC EMPLOYER          FD1
                                     07/27/11 15:05 CC/CC VIEWED ACCOUNT    RH0
                                     07/27/11 15:11 IC/MC                   RH0
                                     BREWER -- ICC WAS DTR FROM 949 981-
                                     3687 HE AGREED TO DO SIF 425.00 BUT
                                     THEN ASKED WHAT WOULD EB THE IMPACT
                                     ON HIS CBR - I EXPLAINED AS BEST I
                                     COULD HE AGRTEED TO CB IN FEW MINUTE
                                     S TO DO CREDIT CARD PYM
                                     07/27/11 15:11 CC/CC                   RH0
                                     CB CHANGE 07-28-11 TO 07-29-11
                                     07/27/11 16:07 TA/TY3                  EV2

Date Printed:  Jul 27, 2011

Arlington, VA  22203

SENT VIA CERTIFIED MAIL
January 28, 2011

Mr. David Fowler
Executive Vice President of Operations
Gold's Gym International
125 East John Carpenter Freeway, Suite 1300
Irving, Texas  75062

Dear Mr. Fowler:

We are in receipt of your 4"x6" postcard addressed to ███████  Although the post card (a copy of which is attached) is dated "12/16/2009," it is not postmarked, and we only recently received it. It states, in barely legible, 7 or 8 point type, your intent to increase John's monthly dues by $4 per month.

When we enrolled as members of Gold's Gym, we signed a written agreement that Gold's Gym prepared, and also received oral assurance from a Gold's Gym spokesperson at the time of contracting, that our monthly membership fees would never increase in our lifetimes. In consideration for this lifetime maximum membership fee, we each paid significant enrollment fees to Gold's Gym at the time of contracting. We do not consent to changing the agreement at this time. Increasing John's membership fees by $4 per month (or any other amount) violates the terms of your agreement with us.

Moreover, we note that you have debited our joint checking account, on a number of occasions in recent months, **without first obtaining our consent,** a monthly, per person fee of $36.95 each (i.e., $7 more per month, per individual than the $29.95 monthly fee to which we agreed – or a total of $14 per month more than we have authorized). **We respectfully request that you adhere to the terms of the contract that Gold's Gym drafted and executed with us and immediately reimburse our checking account any amounts you charged in excess of our $29.95 monthly, per individual membership fee.**

If you have any questions about our contract, you can reach either of us at the address above or by phone at 202-███-0210 or -0701 (cell). (To avoid future misunderstandings, we respectfully urge that, in the future, you communicate any requested changes in our agreement with Gold's Gym via first-class mail.)

Sincerely,

# Exhibit D



*7/12/11 – CW*

*V54318*

*GMACALY*

*CL2*

Dear Sir's                              06/23/2011

This letter is to inform you that I am disputing the
debt of $879.13 that was added to my account after
we returned our lease vehicle to Moran Chevrolet.
The basis of this dispute is that this vehicle was
returned in pristine condition including tire wear,
paint and mileage, inside and out ! We were shocked
when we were notified that they felt there was
excessive wear an we owed money. Totally untrue,
ALLY formerly known as GMAC should have sent
us a reimbursement check because the vehicle was in
such great condition! Please advise me and my wife
if there is any possible way to confirm my
information because we truly want to clear up this
misunderstanding! Thank you very much…

You can reach me on my cell phone (586)██-3988
any time after 4:00 pm

Sincerely ████████████III

REF. Account :  V 5 4 3 1 8



# FACT SHEET

```
CRS #:        W42468                    Client #:    GMACAL-1
Name:         ██████████████           ALLY FORMERLY KNOWN AS GMA
Address:      ██████████████           Acct #:      ██████████
City/State:   ████████, CA 91711       Regarding:
Home Phone:   (000) 000-0000           Amt Refered:      3062.88
Work Phone:   (   ) 626-3581           Current Bal:      3062.88
Soc Sec No:   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              Comm Rate:       18.00000%
Employer:                              Costs:               0.00
                                       Ck Chg/Fee:          0.00
                                         Other    0.00
Status:       99  PROMISE TO PAY       Interest Rate:   0.00000%
Coll Unit:    BM2  PIETER BMWET2 ABCDE Interest Amt:        0.00
Date Last:    11/10/10                 Date Received:  07/18/11
Activity Code:  NU NOT USED
PREV DB #
              ** Promise to Pay $500.00 On 07/29/11 **
--- Comaker Info ---

Type:         V - CO-OWNERS
Name:         ████████, ████████       Master #:    W42468-2
Address:      ███████████████
                                       Status:      10  NEW ACCOUNT
                                       Employer:    ██████████
City, St:     ████████    CA  91711    SS#:         ██████████
Phone (H) (909) ███-3581 (W) (909) ███-3581  Birthday:  02/01/54
         Comment:   RELATION TO ACCOUNT CODE 2
```

```
==============================================================================
    CMKR DEBORAH FITCH
    OK TO CALL CELL
    909-262-5679



==============================================================================
```

```
-----------PAYMENTS-----------------------------TRANSACTIONS-------------
--Date--       Amount    Code   Rate   --DATE--    TIME  AC/RC  ----COMMENT---- ID

07/18/11         0.00     97           07/18/11 15:37 TE/LM                    LH3
                                         RECP SD D BCK IN 2HRS
                                       07/18/11 15:37 CC/CC S                  LH3
                                       07/18/11 15:37 CS/11                    LH3
                                       07/19/11 08:50 BT/CC                    SYS
                                       07/19/11 08:50 CC/CC                    SYS
                                       07/19/11 08:54 SN/1                     SYS
                                       07/19/11 16:54 AS/CC                    SYS
                                       07/19/11 16:54 AS/CC                    SYS
                                       07/18/11 14:47 TO/LC                    GLO
                                                           909██3581
                                       07/19/11 10:58 CO/DN                    GLO
                                                           909██3581
                                       07/19/11 10:25 CO/DN                    GLO
                                                           909██3581
```

W42468    CLAREMONT SHELTERED CA                                    Page 2

```
----------PAYMENTS----------------    --------------TRANSACTIONS---------------
--Date--    Amount    Code    Rate    --DATE--   TIME AC/RC ----COMMENT----- ID

                                      07/19/11 13:39 TO/LC                    GLO
                                                         9096███3581
                                      07/20/11 17:05 TO/LC                    GLO
                                                         909███3581
                                      07/20/11 14:00 TO/LC                    GLO
                                                         909███3581
                                      07/20/11 17:55 CO/DN                    GLO
                                                         909███3581
                                      07/21/11 14:35 TO/LC                    GLO
                                                         909███3581
                                      07/21/11 16:20 TO/LC                    GLO
                                                         9096███3581
                                      07/24/11 18:11 TA/ART                   FD1
                                      07/24/11 18:44 TA/    ZZF               FD1
                                      07/22/11 14:04 TO/LC                    GLO
                                                         909███3581
                                      07/25/11 16:38 TA/    ZZA               FJR
                                      07/26/11 18:10 CC/CC WP-909███3581      PW1
                                      07/26/11 18:10 TE/PP                    PW1
                                      500.00 ON 07-29-11
                                      TT CMKR ADVSD BAL CLIENT SHE STD
                                      SHE WAS PYNG 500 MNTH ADVSD HER IN
                                      ART OFFICE NOW CANT SIF SO SHE
                                      AGREED TO DO 500 MNTH WITH ART GAVE
                                      HER ALL THE INFO DB REFUSED TO DO
                                      CHK BY PHONE WILL OVERNIGHT FRST
                                      PAY TOMR AND WILL MAIL OTHERS ON
                                      TIME TILL PIF ASKD FOR ALT NMBR SHE
                                      STD YES CALL HER CELL NOT POB HER
                                      CELL 909-███-5679
                                      07/26/11 18:13 TA/    GM1 FROM LIST     CM2
                                      07/25/11 10:21 CO/DN                    GLO
                                                         909███3581
                                      07/25/11 13:49 TO/LC                    GLO
                                                         909███3581
                                      07/26/11 14:20 TO/LC                    GLO
                                                         909███3581
                                      07/27/11 09:01 CC/CC VIEWED ACCOUNT     PW1


Date Printed:  Jul 27, 2011
```

# Exhibit E

## New Assignment Account Information Record

The Download **A** Account Record follows the Header Record in the download. At lease one Account Record is required in a download new assignment file. There is only one occurrence of this record per account.
The Download Account Record assigns the account to the partner. The record is not transmitted again except when the GMAC has recalled the account and subsequently reassigned it to a new partner.

📖 **Please Note:  There is a formatting/field use change detailed in RED**

| New Assignment Account Information Record | | | |
|---|---|---|---|
| **Record Position** | **Field Name** | **Field Length** | **Comments** |
| 001-020 | Account Number | X (20) | |
| 021-021 | Record Type | X (01) | **A = Cardholder Record** |
| 022-023 | Sequence Number | X (02) | 00 = Master Record |
| 024-027 | Title | X (04) | Blank |
| 028-028 | Customer Type | X (01) | I = Individual<br>C = Corporate |
| 029-068 | Name | X (40) | Individual Name<br>(Last (25) First (15) |
| 069-093 | Account Address 1 | X (25) | |
| 094-118 | Account Address 2 | X (25) | |
| 119-138 | City | X (20) | |
| 139-153 | County | X (15) | |
| 154-155 | State | X (02) | |
| 156-165 | Zip-Code | X (10) | |
| 166-181 | Home Phone Number | X (16) | 10-character field |
| 182-197 | Work Phone Number | X (16) | 10-character field |
| 198-205 | Birth Date | X (08) | CCYYMMDD |
| 206-245 | Employer's Name | X (40) | |
| 246-285 | Employer's Address | X (40) | |
| 286-289 | Loan Type Code | X (04) | |
| 290-295 | Lending Officer Code | X (06) | Portfolio or Division<br>Number |
| 296-305 | User Field | X (10) | Space filled |
| 306-309 | DPS ID/Recoverer Code | X (04) | **The code assigned to identify Agency/Attorney** |
| 310-325 | Dealer Code | X (16) | |
| 326-329 | Charge-off Reason Code | X (04) | |
| 330-332 | Account Status | X( 03) | |
| 333-336 | Interest Rate | X (04) | |
| 337-337 | Filler | X (01) | Space filled |
| **338-339** | **Financial Institution Code** | **X (02)** | **NEW FIELD** |
| **340-351** | **Financial  Institution Description** | **X (12)** | **NEW FIELD** |
| **352-353** | **Filler** | **X (02)** | **Space Filled** |

# Exhibit F

# FACT SHEET

```
CRS #:        Q47679                    Client #:   GMACNV-1
Name:         PESCE, VITO A             NUVELL CREDIT COMPANY
Address:      ████████████████████      Acct #:     ████████████
City/State:   ████████████IL 60156      Regarding:  PESCE VITO A
Home Phone:   (000) 000-0000            Amt Refered:   6567.75
Work Phone:   (000) 000-0000            Current Bal:   5611.62
Soc Sec No:   ███████████               Comm Rate:    18.00000%
Employer:                               Costs:           0.00
                                        Ck Chg/Fee:      0.00
                                          Other   0.00
Status:       57  RECALL BY CLIENT      Interest Rate:  0.00000%
Coll Unit:    CLO  ALL CLOSED ACCOUNTS  Interest Amt:    0.00
Date Last:    02/25/10                   Date Received:  02/25/10
Activity Code: NU NOT USED              ****** RETURNED ******
PREV DB #
```

===============================================================================


===============================================================================

```
----------PAYMENTS----------------------------TRANSACTIONS--------------
--Date--      Amount       Code  Rate  --DATE--    TIME  AC/RC  ----COMMENT---- ID

05/07/10      -956.13      43GM4 100.0% 02/25/10 10:47 CC/CC                   ST1
02/25/10         0.00      97           CLNT CODE-GMACLL1 - CBR5018216
                                        02/25/10 10:47 CC/CC                   ST1
                                        CLNT CODE-GMACLL1 - CBR5018216
                                        02/25/10 11:44 CS/10                   ST1
                                        02/25/10 11:44 TA/ART                  ST1
                                        02/25/10 11:44 CS/10                   ST1
                                        02/26/10 13:17 CS/34                   ST1
                                        02/26/10 13:17 TA/    110              ST1
                                        02/26/10 13:17 CS/34                   ST1
                                        02/26/10 16:43 CC/CC                   SYS
                                        TRANS UNION SCRUB
                                        02/26/10 16:44 CC/CC                   SYS
                                        TRANS UNION SCRUB
                                        03/01/10 08:54 AS/CC                   SYS
                                        03/01/10 08:54 AS/CC                   SYS
                                        03/01/10 08:54 CS/11                   SYS
                                        03/01/10 08:55 BT/CC                   SYS
                                        03/01/10 08:55 CC/CC                   SYS
                                        03/01/10 08:58 CC/CC                   SYS
                                        03/01/10 08:58 CC/CC                   SYS
                                        03/01/10 08:58 CC/CC                   SYS
                                        03/01/10 13:43 TR/LC                   DLR
                                        847 ███ 9705 ARTFULL
                                        03/02/10 14:34 RN/1     03-02-10       LH1
```

Q47679   PESCE, VITO A                                    Page 2

-----------PAYMENTS----------------   --------------TRANSACTIONS--------------
--Date--     Amount     Code    Rate   --DATE--    TIME AC/RC ----COMMENT----- ID

                                       03/02/10 14:51 CC/CC                    LH1
                                       NEXT CALLBACK INCREASE BY    1 DAYS
                                       03/02/10 14:51 IC/HT                    LH1
                                       RMM VIAG, SD THT HE NVR HRD OF THS
                                       WLL PY IF HE GTS INVCE, SD HAS
                                       GREAT CRDT IF RPRTD WLL NVR PY
                                       03/02/10 14:53 CS/17                    LH1
                                       03/03/10 11:27 SN/1                     LH1
                                       03/04/10 13:43 TA/ART                   FJR
                                       03/09/10 13:06 NT/NT                    MM3
                                       03/09/10 13:06 CC/CC NOTE ONLY          MM3
                                       03/09/10 13:11 CS/97                    MM3
                                       03/09/10 13:13 TR/MC                    MM3
                                       DTR  VAIG   MM DTR  STT HE  NEVER
                                       DID   BUSINESS   WITH  NUVELL  OR
                                       GMAC  AND  THIS  BILL  OVER 3 YRS
                                       OLD  DTR  STT  HE  WILL  ONLY  PAY
                                       THIS  IF HE CAN  SEE A  BILL   THAT
                                       SHOWS  DETAILS ON  WHAT  HE OWES  .
                                       .. DTR STT   HIS  ATTY  WILL  SEND
                                       US  A  LETTER  REQUESTING  THE
                                       DETAIL  DTR   REFUSE  TO  GIVE
                                       03/11/10 14:03 SN/G7                    ROO
                                       03/16/10 13:49 IC/MC                    SW0
                                       RD MIMI VAIF D CALLED IN TO FIND
                                       OUT IF PACKET WAS MAILED TO HIM
                                       CONTAINING LICENSE TO COLLECT IN
                                       ILL DOCS SHOWING WHAT HIS CHARGES
                                       ARE FOR ETC.. ADV HIM WILL HAVE
                                       PERSON HANDLING ACCT GIVE HIM A
                                       CALL BACK
                                       03/16/10 20:56 TO/NA                    LVX
                                       847███9705 3-15-2010 12 24
                                       03/19/10 10:59 CC/CC HP=8478099705      MM3
                                       03/19/10 10:59 CC/CC WP-3128221331      MM3
                                       03/19/10 11:00 IC/MC                    MM3
                                       THIS  DEBT  IS  TRYING  VERY
                                       HARD   TO   GET A   CASE GOING   ...
                                       03/20/10 07:50 TO/MH                    LVX
                                       847███705 3-19-2010 10 56
                                       03/23/10 11:20 CL/CL                    RMS
                                       TELEPHONE OTHER MESSGE HEARD-NO RESP
                                       03/23/10 11:20 CL/CL                    RMS
                                       8478██705 3-19-2010 10 56
                                       03/26/10 12:26 CL/CL                    RMS
                                       ANNUAL PRIVACY LTR
                                       03/26/10 12:44 CS/35                    TP2
                                       03/26/10 12:44 MR/CO                    TP2
                                       RCVD CORR VIA USPS DISPUTES DEBT
                                       03/30/10 08:38 CO/CO                    JN5
                                       RECD CORR WANTS DOCWS AND DISPUTES
                                       DEBT REFG TO COLL TO PULL DOCS
                                       03/30/10 08:38 CS/65                    JN5
                                       03/30/10 08:38 CC/CC                    JN5

Q47679    PESCE, VITO A                              Page 3

```
----------PAYMENTS----------------    --------------TRANSACTIONS----------------
--Date--    Amount    Code    Rate    --DATE--  TIME AC/RC ----COMMENT----- ID
                                        CB CHANGE 03-20-10 TO 03-31-10
                                       03/31/10 09:14 NT/NT                   MM3
                                        WILL   PULL DOCS AFTER EOM
                                       03/31/10 09:14 CC/CC NOTE ONLY         MM3
                                       03/31/10 10:00 CC/CC HP-1478099705     RMS
                                       04/05/10 17:49 CC/CC                   JN2
                                        CB CHANGE 04-01-10 TO 04-12-10
                                       04/13/10 11:03 CS/97                   MM3
                                       04/13/10 11:04 NT/NT                   MM3
                                        WILL NOT BE  ABLE TO  GET   DOCS
                                       US
                                       04/13/10 11:04 CC/CC NOTE ONLY         MM3
                                       04/13/10 11:04 CC/CC                   MM3
                                        CB CHANGE 04-14-10 TO 04-28-10
                                       04/23/10 12:29 CL/CL                   RMS
                                        PDP ML COPY CONTRAC HERE-ATTN MAC.MA
                                       S523
                                       04/28/10 10:26 TO/AM                   DLR
                                       773██6096 GMACFULL
                                       05/05/10 11:21 TO/AM                   DLR
                                       773██6096 GMACFULL
                                       05/05/10 13:00 CL/CL CRED BUR DSPT     RMS
                                       05/07/10 12:02 CL/CL                   RMS
                                        REC D VALIDATI REQ FROM CUSTOMER.MA
                                       S523
                                       05/15/10 15:02 TO/AM                   DLR
                                       77██6096 GMACFULL
                                       05/20/10 13:38 CL/CL CRED BUR DSPT     RMS
                                       05/22/10 15:16 TO/AM                   DLR
                                       77██6096 GMACFULL
                                       05/25/10 10:48 CL/CL                   RMS
                                        TELEPHONE OTHER ANSW MACH MESSAGE
                                       05/27/10 16:54 TO/AM                   DLR
                                       77███6096 GMACFULL
                                       05/29/10 15:45 TO/AM                   DLR
                                       773█096 GMACFULL
                                       06/01/10 18:41 CL/CL                   RMS
                                        RETURN MAIL NO FORWARD ADDRESS GIP67
                                       5
                                       06/02/10 11:51 CL/CL CRED BUR DSPT     RMS
                                       06/05/10 15:46 TO/AM                   DLR
                                       773██6096 GMACFULL
                                       06/07/10 15:23 TA/   GM4               FJR
                                       06/08/10 13:01 CL/CL                   RMS
                                        TELEPHONE OTHER ANSW MACH MESSAGE
                                       06/11/10 11:04 CC/CC VIEWED ACCOUNT    JH1
                                       06/14/10 09:29 TR/LB                   JH1
                                       06/14/10 09:29 CC/CC                   JH1
                                        CB CHANGE 06-14-10 TO 06-24-10
                                       07/08/10 12:59 CC/CC                   JH1
                                        NEXT CALLBACK INCREASE BY   3 DAYS
                                       07/08/10 13:00 TR/NA                   JH1
                                       07/08/10 13:00 CC/CC                   JH1
                                        CB CHANGE 07-11-10  TO 07-14-10
```

Q47679    PESCE, VITO A                              Page 4

```
----------PAYMENTS----------------    --------------TRANSACTIONS---------------
--Date--      Amount    Code   Rate    --DATE--   TIME AC/RC ----COMMENT----- ID
                                       07/27/10 09:28 CC/CC                    JH1
                                        NEXT CALLBACK INCREASE BY    3 DAYS
                                       07/27/10 09:28 TR/NA                    JH1
                                       07/27/10 09:28 CC/CC                    JH1
                                        CB CHANGE 07-30-10 TO 08-03-10
                                       08/10/10 12:51 TO/AM                    DLR
                                        773████096 GMACFULL
                                       08/14/10 17:18 TO/AM                    DLR
                                        77█████096 GMACFULL
                                       08/17/10 13:12 CL/CL                    RMS
                                        TELEPHONE OTHER ANSW MACH MESSAGE
                                       08/23/10 10:47 CC/CC                    JH1
                                        NEXT CALLBACK INCREASE BY    3 DAYS
                                       08/23/10 10:48 TR/NA                    JH1
                                        NUM DISCO AT 8███████████
                                       08/23/10 10:48 CC/CC                    JH1
                                        CB CHANGE 08-26-10 TO 08-30-10
                                       08/24/10 12:54 MI/RC                    RMS
                                        RMS GMACNV1-RECALL
                                       08/24/10 12:54 CS/33                    ROO
                                       08/24/10 12:54 TA/    GMB               ROO
                                       08/24/10 12:54 CC/CC                    ROO
                                        RETURN GMACNV1-50269993
                                       08/24/10 12:54 CC/CC RETURN CODE RC     ROO
                                       08/24/10 12:54 CC/CC                    SYS
                                        RETURN GMACNV1-50269993
                                       03/10/11 11:37 TA/CLO                   ST1
                                       03/14/11 09:28 TA/    ZZ2               ST1
                                       03/14/11 19:00 MR/CO                    AP1
                                        RECEIVED CIVIL CLASS ACTION
                                       03/14/11 19:00 CC/CC HP-8███████       AP1
                                       03/14/11 19:00 CC/CC WP-1███████       AP1
                                       03/15/11 12:43 MR/CO                    RR3
                                        RECD SUMMONS COMPLAINT VIA FEDEX-
                                        FWD TO AMP FOR REVIEW
                                       03/15/11 12:52 MR/CO                    RR3
                                        REQ FOR BACKUP SENT
                                       04/18/11 13:05 MR/CO                    RR3
                                        RECD CORRESP VIA ART ATTY-FWD TO
                                        MGR FOR REVIEW
```

Date Printed:  Jun 10, 2011

# Exhibit G

