# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1379 | **DATE** | **9/21/2011** |
| **CASE TITLE** | Vito Pesce v First Credit Services | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [44] to dismiss is denied. Defendant's motion [47] to stay or extend time is denied. The Clerk is directed to remove Exhibit 1 to plaintiff's response [ 50-1] from the docket in this case.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|