# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 1379 | **DATE** | **9/29/2011** |
| **CASE TITLE** | Vito Pesce    v    First Credit Services | | |

**DOCKET ENTRY TEXT:**

Defendant's agreed motion [52] to withdraw and replace exhibit is granted. The Clerk is directed to remove Exhibit Group, document 36, from the docket and the defendant is allowed to file a redacted exhibit D1, along with another set of the group exhibits.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|