# EXHIBIT 2

Keith,

As a courtesy to you, Mr. Russo will testify that express consent has been obtained in contracts where the debtor provided contact information which was determined to be a cell phone based upon a recent scrub. To date, via a disk, we have provided you with contracts from Women's Workout World, Gold's Gym, Anytime Fitness, Fitness Express, GMAC, among others. We are in the process of obtaining additional contracts from these creditors as well as Advanced America, Honda, Hyundai, Starcast, Toyota, US Bank, Volkswagon and World Omni.

Also, to update you, we believe that a total number of 3,113 persons where called. The prior number of 6,127 number is total number of cell phones called based on numbers provided by the creditors.

Consistent with FRCP 1, Mr. Russo has read the affidavit from Livevox and I believe that he won't dispute what's contained in the affidavit. He will also confirm that one called was placed to Mr. Pesce via Livevox and another via the internal dialer, for a total of two calls.

---

James C. Vlahakis
Hinshaw & Culbertson, LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3715
312-704-3001 [fax]

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

3