# Exhibit B
# GMAC Email Dated 2/24/12



| | "Socha, Michael" <Michael.Socha@ally.com><br>02/24/2012 01:09 PM | To | "jvlahakis@hinshawlaw.com" <jvlahakis@hinshawlaw.com> |
|---|---|---|---|
| | | cc | |
| | | bcc | |
| | | Subject | RE: VITO PESCE vs. FIRST CREDIT SERVICES |

| | Who | Date | Time | WS | Subject |
|---|---|---|---|---|---|
| ✉ | Socha, Michael | 02/24/2012 | 12:50 PM | 🖉 | Fw: VITO PESCE vs. FII |
| | Socha, Michael | 📨 02/24/2012 | 01:09 PM | 🖉 | RE: VITO PESCE vs. FIR |
| ✉ | Socha, Michael | 02/24/2012 | 01:37 PM | | RE: VITO PESCE v |
| ✉ | Socha, Michael | 02/24/2012 | 03:06 PM | | RE: VITO PESCE v |

James,

Attached please find a document entitled "Global Account Comments Services" which details a change made to the phone number related to Mr. Pece's account. This should supplement items 3 and 4 from your subpoena.

As I informed you, the account system utilized in connection with Mr. Pece's account – the Llama system – underwent a conversion in 2010. This document reflects when the Llama system recorded a change to Mr. Pece's phone number (2/29/08), when the information contained in the Llama system was converted into the new Debt Manager system (1/15/10), and the details concerning that change. This document reflects the fact that on February 29, 2008, the home phone number for Mr. Pece's account changed from 847-669-2797 to 847-809-9705. This is consistent with the records previously produced which indicate that the account holder contacted Saab Financial Services (which later merged into Nuvell Credit Company) on February 29, 2008.

Please let me know if you have any questions. Thank you.

Michael D. Socha
**Ally** | Litigation Counsel
200 Renaissance Center | Mail Code: 482-B09-B11
Detroit, MI 48265
T + 313 656 5069 | M + 313 588 1465 | F + 313 566 0930

---

**From:** jvlahakis@hinshawlaw.com [mailto:jvlahakis@hinshawlaw.com]
**Sent:** Friday, February 24, 2012 1:51 PM
**To:** Socha, Michael
**Subject:** Fw: VITO PESCE vs. FIRST CREDIT SERVICES

FYI

---

James C. Vlahakis  
Hinshaw & Culbertson, LLP  
222 N. LaSalle, Suite 300  
Chicago, IL 60601  
312-704-3715  

312-704-3001 [fax] ed in this communication or any attachments.  SKMBT_36111081215150.pdf