# Exhibit D
# Declaration of Judtith Gurgas

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| VITO A. PESCE, on behalf of himself and all others similarly situated<br>Plaintiff | )<br>)<br>)<br>) | 11-cv-1379 |
| v. | )<br>) | Judge Robert W. Gettleman |
| FIRST CREDIT SERVICES, INC. dba ACCOUNTS RECEIVABLE TECHNOLOGIES<br>Defendant. | )<br>)<br>)<br>)<br>) | Magistrate Judge Morton Denlow |

### DECLARATION OF JUDITH GURGAS

Pursuant to 28 U.S.C. § 1746, I, Judith Gurgas, declare under penalty of perjury that the following statements are true and correct, to the best of my personal knowledge, information and belief:

1. I maintain a land-based telephone number associated with my residence.

2. The number that I use as my home number is 847-669-2797.

3. I received this number from Ameritech in the month of August 2007, when I moved into my current residence.

_Judith Gurgas_
Judith Gurgas

Dated: 2/22/2012