# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Vito A Pesce

                    Plaintiff,

v.                                         Case No.: 1:11−cv−01379
                                                      Honorable Robert W. Gettleman

First Credit Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 6, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Defendant's motion [81] to reconsider the order granting class certification is granted. The Court de−certifies the class. The case must proceed as an individual action. Motion for leave to file [106] a second amended complaint is denied.d Defendant's motion [111] for a rule to show cause, to strike motion to amend complaint and to strike motion to certify is denied. Status hearing held on 6/6/2012. Status hearing set for 6/20/2012 at 9:30 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.