## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
## Eastern Division

Vito A Pesce

                    Plaintiff,

v.                                          Case No.: 1:11−cv−01379
                                          Honorable Robert W. Gettleman

First Credit Services, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 21, 2012:

    MINUTE entry before Honorable Morton Denlow:Magistrate Judge Status hearing held on 6/21/2012. The parties having indicated they are close to a settlement, the case is continued to 7/31/2012 at 10:00 AM.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.