# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Vito A Pesce

                        Plaintiff,

v.                                                Case No.: 1:11–cv–01379
                                                     Honorable Robert W. Gettleman

First Credit Services, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 16, 2012:

      MINUTE entry before Honorable Morton Denlow: Status hearing set for 7/31/2012 is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.